1  MITTELSTADT LAW               LOUIS A. LEONE, ESQ. (SBN: 009874)
2  JACQUELINE MITTELSTADT,        KATHLEEN DARMAGNAC, ESQ. (150843)
   SBN#172188                     STUBBS & LEONE
3  1034 Emerald Bay Road, No. 413 2175 N. California Blvd., Suite 900
   South Lake Tahoe, CA 96150     Walnut Creek, CA 94596
4  Tel:  (530) 307-9412           Tel:  (925) 974-8600
   Fax: (530) 452-1966            Fax:  (925) 974-8601
5  E-Mail: jmittelstadtlaw@gmail.com  E-Mail: lleone@stubbsleone.com
6                                         darmagnack@stubbsleone.com

7  Attorney for Plaintiffs
   LEIGH-ELLEN YARBROUGH,         Attorney for Defendants
8  THOMAS YARBROUGH, JONATHAN     CITY OF SOUTH LAKE TAHOE, STAN
   YARBROUGH; and NICOLAS         SHERER, VAN OLESON, CHRIS CEFALU
9  YARBROUGH                      AND TAHOE SPORTS & ENTERTAINMENT
                                  (TSE)

10                    UNITED STATES DISTRICT COURT

11          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12
13  LEIGH-ELLEN YARBROUGH, as Guardian   Case No. **2:12-cv-01806-GEB-CKD**
    of Thomas Yarbrough; Jonathan Yarbrough;
14  Nicolas Yarbrough, THOMAS            **STIPULATION AND ORDER FOR**
    YARBROUGH, a minor, by Leigh-Ellen   **REFERRAL TO VDRP PURSUANT TO**
15  Yarbrough, his guardian; JONATHAN    **LOCAL RULE 271**
    YARBROUGH, a minor, by Leigh-Ellen
16  Yarbrough, his guardian; NICOLAS
    YARBROUGH, a minor, by Leigh-Ellen
17  Yarbrough, his guardian,
18
19              Plaintiffs,
20        vs.
21
22  CITY OF SOUTH LAKE TAHOE, A
    MUNICIPALITY; TAHOE SPORTS &
23  ENTERTAINMENT (TSE), a Nevada
    Corporation; STAN SHERER, an Individual;
24  VAN OLESON, an individual; CHRIS
    CEFALU, an individual; and DOES ONE
25  through TEN, inclusive;
26              Defendants.
27
28        Plaintiffs, by and through their attorney Jacqueline Mittelstadt, and Defendants, by and

through their attorneys, Stubbs & Leone, hereby submit their request pursuant to Local Rule

STIPULATION AND ORDER FOR REFERRAL TO VDRP PURSUANT TO LOCAL RULE 271
-1-

271 that this matter be referred to the Voluntary Dispute Resolution Program ("VDRP") of the above-entitled court.

In compliance with Local Rule 271 (i), the parties hereby stipulate:

A.     The time frame within which the parties propose the VDRP process will be completed by is May 15, 2013, and the date by which the Neutral must file confirmation of that completion is May 31, 2013.

B.     The parties suggest no modifications or additions at this time to the case management plan because of the reference to VDRP.

C.     Prior to the completion of the VDRP session, the parties agree to a stay of all discovery.  The parties also agree that during the discovery stay, either party may informally request documents from the other party, and the parties agree to meet and confer in response to any such informal request in an attempt to reach a resolution.

Furthermore, in order to comply with Local Rule 271 (o), the parties agree to file their Joint VDRP Completion Report by May 31, 2013.


IT IS SO STIPULATED:


Dated:  March 6, 2013

**MITTELSTADT LAW**

By: /s/ Jacqueline Mittelstadt
Jacqueline  Mittelstadt
Attorney for PlaintiffsLEIGH-ELLEN
YARBROUGH, THOMAS YARBROUGH,
JONATHAN YARBROUGH; and NICOLAS
YARBROUGH


Dated:  March 6, 2013

**STUBBS & LEONE**

By: /s/ Brian A. Duus
KATHLEEN DARMAGNAC
BRIAN A. DUUS
Attorneys for Defendants CITY OF SOUTH LAKE
TAHOE, TAHOE SPORTS & ENTERTAINMENT,
STAN SHERER, VAN OLESON, CHRIS
CEFALU

1    IT IS HEREBY ORDERED:

2        Date:  **3/8/2013**

3

4    _____

5    GARLAND E. BURRELL, JR.
     Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28