MITTELSTADT LAW
JACQUELINE MITTELSTADT, SBN#172188
1034 Emerald Bay Road, No. 413
South Lake Tahoe, CA 96150
Tel: (530) 307-9412
Fax: (530) 452-1966
E-Mail: jmittelstadtlaw@gmail.com

Attorney for Plaintiffs
LEIGH-ELLEN YARBROUGH, THOMAS YARBROUGH, JONATHAN YARBROUGH; and NICOLAS YARBROUGH

LOUIS A. LEONE, ESQ. (SBN: 009874)
KATHLEEN DARMAGNAC, ESQ. (150843)
STUBBS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Tel: (925) 974-8600
Fax: (925) 974-8601
E-Mail: lleone@stubbsleone.com
darmagnack@stubbsleone.com

Attorney for Defendants
CITY OF SOUTH LAKE TAHOE, STAN SHERER, VAN OLESON, CHRIS CEFALU AND TAHOE SPORTS & ENTERTAINMENT (TSE)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LEIGH-ELLEN YARBROUGH, as Guardian of Thomas Yarbrough; Jonathan Yarbrough; Nicolas Yarbrough, THOMAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; JONATHAN YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; NICOLAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CITY OF SOUTH LAKE TAHOE, A MUNICIPALITY; TAHOE SPORTS & ENTERTAINMENT (TSE), a Nevada Corporation; STAN SHERER, an Individual; VAN OLESON, an individual; CHRIS CEFALU, an individual; and DOES ONE through TEN, inclusive;<br><br>             Defendants. | Case No. **2:12-cv-01806-GEB-CKD**<br><br>**STIPULATION AND ORDER FOR REFERRAL TO VDRP PURSUANT TO LOCAL RULE 271** |

Plaintiffs, by and through their attorney Jacqueline Mittelstadt, and Defendants, by and through their attorneys, Stubbs & Leone, hereby submit their request pursuant to Local Rule

271 that this matter be referred to the Voluntary Dispute Resolution Program ("VDRP") of the above-entitled court.

In compliance with Local Rule 271 (i), the parties hereby stipulate:

A. The time frame within which the parties propose the VDRP process will be completed by is May 15, 2013, and the date by which the Neutral must file confirmation of that completion is May 31, 2013.

B. The parties suggest no modifications or additions at this time to the case management plan because of the reference to VDRP.

C. Prior to the completion of the VDRP session, the parties agree to a stay of all discovery.  The parties also agree that during the discovery stay, either party may informally request documents from the other party, and the parties agree to meet and confer in response to any such informal request in an attempt to reach a resolution.

Furthermore, in order to comply with Local Rule 271 (o), the parties agree to file their Joint VDRP Completion Report by May 31, 2013.

IT IS SO STIPULATED:

Dated:  March 6, 2013         **MITTELSTADT LAW**

By: /s/ Jacqueline Mittelstadt
Jacqueline  Mittelstadt
Attorney for PlaintiffsLEIGH-ELLEN YARBROUGH, THOMAS YARBROUGH, JONATHAN YARBROUGH; and NICOLAS YARBROUGH

Dated:  March 6, 2013         **STUBBS & LEONE**

By: /s/ Brian A. Duus
KATHLEEN DARMAGNAC
BRIAN A. DUUS
Attorneys for Defendants CITY OF SOUTH LAKE TAHOE, TAHOE SPORTS & ENTERTAINMENT, STAN SHERER, VAN OLESON, CHRIS CEFALU

IT IS HEREBY ORDERED:

Date: <u>3/8/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge