UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH-ELLEN YARBROUGH, individually; LEIGH-ELLEN TARBROUGH, as Guardian of Thomas Yarbrough, Jonathan Yarbrough, Nicolas Yarbrough; THOMAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; JONATHAN YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; NICOLAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE, a municipality; TAHOE SPORTS ENTERTAINMENT (TSE), a Nevada corporation; STAN SHERER, an individual; VAN OLESON, an individual; CHRIS CEFALU, an individual,<br><br>Defendant. | No.  12-cv-01806 TLN-AC<br><br>**ORDER** |

The court is in receipt of Plaintiff's Ex Parte Application for an order extending time for initial expert witness disclosures.  (ECF 25.)  Plaintiff requests this ex parte relief on the grounds that (1) there is a pending motion for judgment on the pleadings, (2) Plaintiff intends to seek leave of court to file an amended complaint, and (3) Defendants have not agreed upon a date to

1

1  depose a non-party witness.

2      The court finds that Plaintiff cites no factual circumstances or issue of law justifying the
3  need to resolve, on an ex parte basis, what essentially amounts to a motion to modify the pretrial
4  scheduling order under Rule 16 of the Federal Rules of Civil Procedure.  In other words,
5  Plaintiff's ex parte scheduling request fails to demonstrate the exceptional circumstances required
6  for the extraordinary ex parte relief Plaintiff seeks.  See AT&T Intellectual Property II, L.P. v.
7  Toll Free Yellow Pages Corp., 2009 WL 4723613 at *1 (C.D.Cal. Dec. 2, 2009) ("Ex parte
8  applications are solely for extraordinary relief and should be used with discretion.")   The court
9  will, however, entertain a motion to modify the pretrial scheduling order and/or reopen discovery.
10     Accordingly, Plaintiff Ex Parte Application is DENIED.

12 Dated: October 17, 2013

*(signature)*

Troy L. Nunley
United States District Judge