**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| LEIGH-ELLEN YARBROUGH, as Guardian of Thomas Yarbrough; Jonathan Yarbrough; Nicolas Yarbrough, THOMAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; JONATHAN YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; NICOLAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SOUTH LAKE TAHOE, A MUNICIPALITY; TAHOE SPORTS & ENTERTAINMENT (TSE), a Nevada Corporation; STAN SHERER, an Individual; VAN OLESON, an individual; CHRIS CEFALU, an individual; and DOES ONE through TEN, inclusive; <br><br> Defendants. | Case No. 2:12-cv-01806 <br><br> **ORDER GRANTING AMENDED PETITION BY PARENT FOR AUTHORITY TO COMPROMISE AND SETTLE CLAIM FOR PERSONAL INJURIES ON BEHALF OF MINOR CHILD** |

  On reading and filing the amended petition of Leigh-Ellen Yarbrough, document number 38, filed on February 17, 2014, and it appearing that the compromise referred to in such petition is a reasonable one; now, therefore,

  IT IS ORDERED that the compromise is approved, and the above-named Defendants are directed to pay the sum of $4500.00 to Leigh-Ellen Yarbrough, the mother of the above-named minors, for deposit into the bank accounts for each minor child Thomas Yarbrough (8K710239),

1

---

**PROOF OF SERVICE FOR PETITION [OR APPLICATION] BY PARENT FOR AUTHORITY TO COMPROMISE AND SETTLE CLAIM FOR PERSONAL INJURIES ON BEHALF OF MINOR CHILD**

Jonathon Yarbrough (8K710240), Nicholas Yarbrough (8K710241), and Leigh-Ellen Yarbrough, the mother of the above-named minors is directed to accept the payment, without filing a bond.

Dated: February 18, 2014

_____
Troy L. Nunley
United States District Judge

_____
**PROOF OF SERVICE FOR PETITION [OR APPLICATION] BY PARENT FOR AUTHORITY TO COMPROMISE AND SETTLE CLAIM FOR PERSONAL INJURIES ON BEHALF OF MINOR CHILD**