LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
darmagnack@stubbsleone.com

Attorneys for Defendants CITY OF SOUTH LAKE TAHOE, STAN SHERER, TAHOE SPORTS ENTERTAINMENT (TSE), VAN OLESON and CHRIS CEFALU

MITTELSTADT LAW
JACQUELINE MITTELSTADT (SBN #172188)
1034 Emerald Bay Road, No. 413
South Lake Tahoe, CA 96150
Telephone:   (530) 307-9412
Facsimile:    (530) 452-1966
jm@tahoelawcenter.com

Attorney for Plaintiffs LEIGH-ELLEN YARBROUGH, THOMAS YARBROUGH, JONATHAN YARBROUGH and NICOLAS YARBROUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT

| | |
|---|---|
| LEIGH-ELLEN YARBROUGH, Individually; LEIGH-ELLEN YARBROUGH as Guardian of Thomas Yarbrough, Jonathan Yarbrough; Nicolas Yarbrough, THOMAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; JONATHAN YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian; NICOLAS YARBROUGH, a minor, by Leigh-Ellen Yarbrough, his guardian,<br><br>                Plaintiffs,<br>        vs.<br><br>CITY OF SOUTH LAKE TAHOE, a municipality; TAHOE SPORTS ENTERTAINMENT (TSE), a Nevada Corporation; STAN SHERER, an Individual; VAN OLESON, an individual; CHRIS CEFALU, an individual; and DOES ONE through TEN, inclusive,<br><br>                Defendants. | **Case No.: 12-cv-01806-TLN-DAD**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
-1-

WHEREAS this case has been completely resolved by the settlement and release of all claims by plaintiffs Leigh-Ellen Yarbrough, Thomas Yarbrough, Jonathan Yarbrough and Nicolas Yarbrough and the approval of the minors' compromise order,

IT IS HEREBY STIPULATED that this action shall be dismissed with prejudice in its entirety.

Dated:   March 7, 2014          **STUBBS & LEONE**

By:_____/s/_____
KATHLEEN DARMAGNAC
Attorneys for Defendants CITY OF SOUTH LAKE TAHOE, STAN SHERER TAHOE SPORTS ENTERTAINMENT (TSE), VAN OLESON and CHRIS CEFALU

Dated:   February 20, 2014       **MITTELSTADT LAW**

By:_____/s/_____
JACQUELINE MITTELSTADT
Attorney for Plaintiffs LEIGH-ELLEN YARBROUGH, THOMAS YARBROUGH, JONATHAN YARBROUGH AND NICOLAS YARBROUGH

**IT IS SO ORDERED:**

Dated: March 7, 2014

_____
Troy L. Nunley
United States District Judge

---

JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

-2-